IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KAREN CLARK, SOFIA MONTANO,

          Plaintiffs,

              v.

MCCORMICK & COMPANY, INC.,
DOES 1-5,

          Defendants.

1:19cv0301 Erie
LEAD CASE

KAREN CLARK,
ERNEST MCCULLOUGH,

          Plaintiffs,

              v.

NUTRIBULLET, LLC, CAPITAL BRANDS,
LLC, DOES 1-5,

          Defendants.

1:19cv302 Erie
MEMBER CASE

KAREN CLARK, SOFIA MONTANO,

          Plaintiffs,

              v.

ARTEZA, INC.,

          Defendant.

1:19cv303 Erie
MEMBER CASE

KAREN CLARK, SOFIA MONTANO,

        Plaintiffs,                    1:19cv305 Erie
                                            MEMBER CASE

                v.

BURST.USA INC.,

        Defendant.

KAREN CLARK, BARBARA BLEJEWSKI,

        Plaintiffs,                    1:19cv306 Erie
                                            MEMBER CASE

                v.

FLOYD, INC., DOES 1-5,

        Defendants.

KAREN BLACHOWICZ, KAREN CLARK,

        Plaintiffs,                    1:19cv0308 Erie
                                            MEMBER CASE

                v.

HELLO PRODUCTS, LLC,

        Defendant.

IAN FOLEY, KAREN CLARK,

        Plaintiffs,                    1:19cv0309 Erie
                                            MEMBER CASE

                v.

DC INTERNATIONAL, INC
*d/b/a COVERSTORE.COM,*
*d/b/a* COVERSTORE.COM,

        Defendant.

KAREN CLARK,

        Plaintiff,                  1:19cv0311 Erie
                                          MEMBER CASE

                v.

SPECTRUM BRANDS, INC., DOES 1-5,

        Defendants.

KAREN CLARK,

        Plaintiff,                  1:19cv0312 Erie
                                          MEMBER CASE

                v.

MINNETONKA MOCCASIN COMPANY,
INC.,

        Defendant.

KAREN CLARK,

        Plaintiff,                  1:19cv0314 Erie
                                          MEMBER CASE

                v.

JUMPER PREMIUM THREADS LLC,

        Defendant.

ARNOLD VARGAS, KAREN CLARK,

        Plaintiffs,               1:19cv0315 Erie
                                            MEMBER CASE

                v.

UNITED STATES LUGGAGE COMPANY,
LLC *doing business as* BRIGGS & RILEY,
DOES 1-5,

        Defendants.

ANNE WEST, KAREN CLARK,

        Plaintiffs,                  1:19cv0316 Erie
                                     MEMBER CASE

               v.

ANNIE SELKE LLC, DOES 1-5,

        Defendants.

---

KAREN CLARK, JULIAN VARGAS,

        Plaintiffs,                  1:19cv0317 Erie
                                     MEMBER CASE

               v.

THE SWISS COLONY, LLC, SWISS
COLONY RETAIL BRANDS, DOES 1-5,

        Defendants.

---

ANTOINETTE SUCHENKO, TOM
BROWN,

        Plaintiffs,                  19cv1349
                                     MEMBER CASE

               v.

KANSAS CITY STEAK COMPANY, LLC,

        Defendant.

TOM BROWN, ERIK GATHERS,

        Plaintiffs,                  19cv1365
                                     MEMBER CASE

               v.

BISTRO MD, LLC, DOES 1-5,

        Defendants.

TOM BROWN,

        Plaintiff,                            19cv1371
                                                  MEMBER CASE

                v.

WOODLAND DIRECT, INC., DOES *1-5*,

        Defendants.

---

TOM BROWN, MARK GROSS,

        Plaintiffs,

                v.                        19cv1393
                                                MEMBER CASE

OLYMPIA INTERNATIONAL, INC.,
DOES 1-5,

        Defendants.

---

TOM BROWN, SAMUEL WILSON,

        Plaintiffs,                       19cv1394
                                                MEMBER CASE

                v.

TAYLOR MADE GOLF COMPANY, INC.,
DOES 1-5,

        Defendants.

---

TOM BROWN, DEMIELI WRIGHT,

        Plaintiffs,                       19cv1395
                                                MEMBER CASE

                v.

ACUSHNET HOLDINGS CORP.,
ACUSHNET COMPANY, DOES 1-5,

        Defendants.

TERA DONAHUE, TOM BROWN,

        Plaintiffs,                          19cv1397

                                                MEMBER CASE

                v.

AVOCADO MATTRESS, LLC,

        Defendant.

TOM BROWN,

        Plaintiff,                           19cv1405

                                                MEMBER CASE

                v.

BROTHER INTERNATIONAL
CORPORATION,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.     Civil Action Nos. 19-302 Erie, 19-303 Erie, 19-305 Erie,

        19-306 Erie, 19-308 Erie, 19-309 Erie, 19-311 Erie, 19-312 Erie, 19-314 Erie,

        19-315 Erie, 19-316 Erie, 19-317 Erie, 19-1349, 19-1365, 19-1371, 19-1393,

        19-1394, 19-1395, 19-1397, and 19-1405, are hereby consolidated with Civil

        Action No. 19-301 Erie, the lead case as captioned above.

2.     All pleading, motions, and other papers hereafter filed shall be filed at Civil

        Action No. 19-301 Erie.

3.      The Clerk of Court shall close Civil Action Nos. 19-302 Erie, 19-303 Erie, 19-305

Erie, 19-306 Erie, 19-308 Erie, 19-309 Erie, 19-311 Erie, 19-312 Erie, 19-314

Erie, 19-315 Erie, 19-316 Erie, 19-317 Erie, 19-1349, 19-1365,

19-1371, 19-1393, 19-1394, 19-1395, 19-1397, and 19-1405.


**SO ORDERED** this 18th day of November, 2019.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge